1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TYLER RICKSECKER,                    No.  2:16-cv-1391 KJN P

12          Plaintiff,

13      v.                                ORDER AND FINDINGS &
                                          RECOMMENDATIONS
14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
15   REHABILITATION, et al.,

16          Defendants.

17

18        By order filed December 8, 2016, plaintiff's complaint was dismissed and thirty days

19   leave to file an amended complaint was granted.  Thirty days from that date have now passed, and

20   plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

21        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign

22   a district judge to this case; and

23        IT IS RECOMMENDED that this action be dismissed without prejudice.  See Local Rule

24   110; Fed. R. Civ. P. 41(b).

25        These findings and recommendations are submitted to the United States District Judge

26   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27   after being served with these findings and recommendations, any party may file written

28   objections with the court and serve a copy on all parties.  Such a document should be captioned

                                          1

"Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 20, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rick1391.fta

2